UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **22-MJ-0036** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Sec. 2113(a)- Bank Robbery |
| ASIM SHAKIR DANIELS, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

Count 1

On or about January 4, 2022, within the Southern District of California, defendant ASIM SHAKIR DANIELS did, by force, violence, and intimidation unlawfully take from the person and presence of employees of Bank of the West, 8690 Center Dr, La Mesa, California, United States currency belonging to, or in the care, custody, management or possession of Bank of the West, whose deposits were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Sections 2113(a).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is true and sworn to and incorporated by reference.

```
                              _____
                              SIGNATURE OF COMPLAINANT
                              JESSE D. CHAPPELL
                              Federal Bureau of Investigation
```

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of January, 2022.

```
                              _____
                              HON. MICHAEL S. BERG
                              UNITED STATES MAGISTRATE JUDGE
```

2

PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from my participation in this investigation and conversations with other law enforcement officers that have participated in this investigation. The following does not contain all the information known to me or other federal agents and state and local officers regarding the investigation but does contain those facts believed to be necessary to establish the requisite probable cause.

On January 4, 2022, investigators were notified of a bank robbery. They reported to scene, interviewed witnesses, reviewed surveillance video, and learned that, on January 4, 2022, at approximately 10:05 AM, ASIM SHAKIR DANIELS (hereinafter "DANIELS") entered the Bank of the West located at 8690 Center Dr, La Mesa, CA 91942. DANIELS was wearing a black jacket, black shoes, black gaiter neck/face covering, and dark sunglasses. DANIELS walked to a teller window and made an oral demand saying, "Give me everything". DANIELS demanded money from the vault but the bank employee informed DANIELS that the location didn't have a vault. DANIELS demanded the money from the employee's drawer and the bank employee working told DANIELS they did not have any money in their drawer. Based on DANIELS' oral demands, two separate bank employees provided DANIELS money from two separate drawers. DANIELS received approximately $2,840 in cash. DANIELS took the money and left the bank on foot, heading Southbound.

Shortly after, La Mesa Police Department (hereinafter, "LMPD") Officers responded to the robbery and found DANIELS at a shopping center located south of the Bank of the West. DANIELS matched the physical description of the robber and was wearing clothing similar in appearance to that of the robber. LMPD detained DANIELS and

3

conducted a curbside lineup where DANIELS was identified as the robber by a bank employee.

LMPD Officers located the money stolen from the Bank of the West on DANIELS' person and DANIELS was identified by his California Driver's License, D2028623, which was also found on his person. The following is a photograph of DANIELS during the robbery of the Bank of the West:



On January 4, 2022, at the time of the robbery, the Bank of the West's deposits were insured by the Federal Deposit Insurance Corporation.

I also learned, the day before, on January 3, 2022, investigators were notified of a robbery at a bank, responded to the scene and learned the following by interviewing witnesses and reviewing surveillance video. On January 3, 2022, at approximately 11:00 AM, a then unknown black male matching DANIEL's description, entered the Sun Community

4

Federal Credit Union located at 100 E. 5th Street, Holtville, CA 92250. This individual was wearing a black jacket, black pants, black shoes, camouflage neck gaiter/face covering, and white rimmed sunglasses.

The following is a photograph of the robber of Sun Community Federal Credit Union:



Upon entering the Sun Community Federal Credit Union, DANIELS approached a teller window and made an oral demand, stating he was robbing "the place" and to "give me that", pointing towards the vault. The bank employees were unable to open the vault during the time of the robbery; however, DANIELS proceeded to take a sum of money from the bank tellers' drawers totaling approximately $20,545 and left the bank on foot.

       Based on this individual's appearance, clothing, and method of operation, I believe the bank robber at Sun Community Federal Credit Union to be DANIELS.